Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
Robert V. Prongay (#270796)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

Jeremy A. Lieberman
Francis P. McConville
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
E-mail:  jalieberman@pomlaw.com
        fmcconville@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES  PADDOCK,  Individually and on Behalf of All Others Similarly Situated,<br><br><br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, and LEWIS W. COLEMAN,<br><br>Defendants. | Case No. CV-14-6053-SJO-E<br><br>**NOTICE OF MOTION AND MOTION OF THE DREAMWORKS INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>DATE:      November 3, 2014<br>TIME:      10:00 a.m.<br>JUDGE:    Hon. S. James Otero<br>CTRM:     1 - 2nd Floor |

| | |
|---|---|
| BRIAN ROFFE 401K PLAN 002 UAD 1/01/2012, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 14-06201 SJO(VBKx) |
| Plaintiff, | |
| v. | |
| DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, and LEWIS W. COLEMAN, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Charles Paddock, Chris Trevethan, and Claudio Coronella (collectively the "DreamWorks Investor Group") by and through their counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on November 3, 2014 at 10:00AM, for the entry of an Order filed contemporaneously with this motion: (1) consolidating the above-captioned cases; (2) appointing the Dreamworks Investor Group as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of DreamWorks Animation SKG, Inc., ("DreamWorks" or the "Company") between October 29, 2013 and July 29, 2014, inclusive (the "Class Period"); (3) approving Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") and Glancy Binkow & Goldberg LLP ("Glancy") as Co-Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this motion, the DreamWorks Investor Group submits a Memorandum of Points and Authorities, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

NOTICE OF MOTION AND MOTION OF THE DREAMWORKS INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

1

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff; consequently, at this time Movant's counsel have no way of knowing which class members, if any, are filing competing lead plaintiff motions. As a result, Movant's counsel has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion.

Dated: September 30, 2014

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665

NOTICE OF MOTION AND MOTION OF THE DREAMWORKS INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

2

-and-

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184


*Counsel for Movant and Proposed Co-Lead*
*Counsel for the Class*

NOTICE OF MOTION AND MOTION OF THE DREAMWORKS INVESTOR GROUP FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

3

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO
CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES
AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.  My business address is 1925 Century Park East, Suite 2100, Los Angeles, California  90067.

On September 30, 2014, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION OF THE DREAMWORKS INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**[PROPOSED] ORDER**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2014, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:14-cv-06053-SJO-E Charles Paddock v. Dreamworks Animation SKG, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)