# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, and LEWIS W. COLEMAN<br>　　　　　　Defendants. | Case No. CV-14-6053-SJO-E<br><br>**[PROPOSED] ORDER**<br><br>DATE:　November 3, 2014<br>TIME:　　10:00 a.m.<br>JUDGE:　Hon. S. James Otero<br>CTRM:　　1 - 2nd Floor |
| BRIAN ROFFE 401K PLAN 002 UAD 1/01/2012, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, and LEWIS W. COLEMAN,<br>　　　　　　Defendants. | Case No. CV 14-06201 SJO(VBKx) |

[PROPOSED] ORDER

**WHEREAS,** the Court has considered the competing motions for Consolidation, Appointment of Lead Plaintiff and Approval of Co-Lead Counsel,

## IT IS HEREBY ORDERED THAT:

## CONSOLIDATION

1. The above-captioned cases are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re DreamWorks Animation SKG, Inc. Sec. Litig.*, Master File No. No. CV-14-6053-SJO-E.

## APPOINTING LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

1. Having reviewed all pending Motions and accompanying Memoranda of Law, the Court hereby appoints Charles Paddock, Chris Trevethan, and Claudio Coronella (collectively the "DreamWorks Investor Group") as Lead Plaintiff. The DreamWorks Investor Group satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the PSLRA.

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained the law firms of Pomerantz LLP and Glancy Binkow & Goldberg LLP as Co-Lead Counsel in this action, and the Court hereby approves these selections.

3. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

    (a) to coordinate the briefing and argument of motions;

[PROPOSED] ORDER      2

      (b)    to coordinate the conduct of discovery proceedings;

      (c)    to coordinate the examination of witnesses in depositions;

      (d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

      (e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

      (f)    to coordinate all settlements negotiations with counsel for defendants;

      (g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

      (h)    to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

5. Co-Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

6. Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

[PROPOSED] ORDER                                3

7.  Defendants shall effect service of papers on plaintiffs by serving a copy of same on Co-Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

8.  During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**SO ORDERED.**

Dated: _____, 2014

_____
Honorable S. James Otero
United States District Judge
Central District of California

[PROPOSED] ORDER                                            4