1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  ROBERT V. PRONGAY (#270796)
3  **GLANCY BINKOW & GOLDBERG LLP**
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
5  Telephone: (310) 201-9150
   Facsimile:  (310) 201-9160
6  Email: info@glancylaw.com
7
8  Jeremy A. Lieberman
   Francis P. McConville                    Patrick V. Dahlstrom
9  **POMERANTZ LLP**                        **POMERANTZ LLP**
   600 Third Avenue, 20th Floor             Ten South La Salle Street, Suite 3505
10 New York, New York 10016                 Chicago, Illinois 60603
11 Telephone: (212) 661-1100                Telephone: (312) 377-1181
   Facsimile:  (212) 661-8665               Facsimile:  (312) 377-1184
12 E-mail:  jalieberman@pomlaw.com          E-mail: pdahlstrom@pomlaw.com
13         fmcconville@pomlaw.com
14
   *Attorneys for Plaintiff*
15
16              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, and LEWIS W. COLEMAN<br><br>Defendants. | Case No. CV-14-6053-SJO-E<br><br>**DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF THE DREAMWORKS INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>DATE:  November 3, 2014<br>TIME:   10:00 a.m.<br>JUDGE: Hon. S. James Otero<br>CTRM:  1 - 2nd Floor |

DECLARATION OF ROBERT V. PRONGAY

| | |
|---|---|
| BRIAN ROFFE 401K PLAN 002 UAD 1/01/2012, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, and LEWIS W. COLEMAN,<br><br>Defendants. | Case No. CV 14-06201 SJO(VBKx) |

I, Robert v. Prongay, hereby declare as follows:

1. I am an attorney practicing with Glancy Binkow & Goldberg LLP ("Glancy"), counsel on behalf of Charles Paddock, Chris Trevethan, and Claudio Coronella (collectively the "DreamWorks Investor Group"). I make this Declaration in support of the motion by the DreamWorks Investor Group for consolidation of the above-captioned cases, appointment as Lead Plaintiff and for approval of its selection of Pomerantz LLP ("Pomerantz") and Glancy as Co-Lead Counsel for the Class.

2. Attached hereto as Exhibit A is a true and correct copy of the press release published over *Globe Newswire* in the above-captioned action on August 1, 2014.

3. Attached hereto as Exhibit B are true and correct copies of the Certifications by Charles Paddock, Chris Trevethan, and Claudio Coronella in the above-captioned action.

4. Attached hereto as Exhibit C is a true and correct copy of a chart detailing the losses of the DreamWorks Investor Group in the above-captioned action.

DECLARATION OF ROBERT V. PRONGAY

1

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume for Pomerantz.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume for Glancy.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on September 30, 2014, at Los Angeles, California.

                                          *s/ Robert V. Prongay*
                                          Robert V. Prongay

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On September 30, 2014, I caused to be served the following document:

**DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF THE DREAMWORKS INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2014, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

292518.1 DREAMWORKS

# Mailing Information for a Case 2:14-cv-06053-SJO-E Charles Paddock v. Dreamworks Animation SKG, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`