# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, __Charles Paddock__, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against DreamWorks SKG Inc. ("DreamWorks" or the "Company"), and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire DreamWorks securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired DreamWorks securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in DreamWorks securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  8/1/14
         (Date)

_____
(Signature)

Charles Paddock
(Type or Print Name)

## DreamWorks Animation SKG Inc. (DWA) — Paddock, Chuck

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 07/03/2014 | PUR | 5,296 | $23.9400 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _Chris Trevethan_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against DreamWorks Animation SKG, Inc. ("DreamWorks" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire DreamWorks securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired DreamWorks securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in DreamWorks securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed September 29, 2014
(Date)

_____
(Signature)

Chris Trevethan
(Type or Print Name)

**DreamWorks Animation SKG Inc. (DWA)**                                          **Treventhan, Chris**

## LIST OF PURCHASES AND SALES

| DATE | SECURITY | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|---|
| 02/24/2014 | DWA Mar 14 29 Puts | PUR | 175 | $0.2500 |
| 03/03/2014 | DWA Mar 14 29 Puts | SAL | 65 | $0.8500 |
| 03/10/2014 | DWA Mar 14 29 Puts | SAL | 55 | $0.5500 |
| 03/12/2014 | DWA Mar 14 29 Puts | SAL | 55 | $1.0500 |
| 04/28/2014 | DWA May 14 24 Puts | PUR | 85 | $0.4480 |
| 05/05/2014 | DWA May 14 24 Puts | SAL | 85 | $0.5000 |
| 05/29/2014 | DWA July 14 26 Calls | PUR | 80 | $2.5500 |
| 06/05/2014 | DWA June 14 31 Calls | PUR | 117 | $0.2000 |
| 06/06/2014 | DWA July 14 31 Calls | PUR | 57 | $0.3975 |
| 06/12/2014 | DWA July 14 32 Calls | PUR | 150 | $0.2500 |
| 06/12/2014 | DWA July 14 31 Calls | PUR | 80 | $0.4000 |
| 06/12/2014 | DWA July 14 26 Calls | SAL | 30 | $2.5000 |
| 06/26/2014 | DWA July 14 26 Calls | SAL | 50 | $0.1000 |

## SWORN CERTIFICATION OF PLAINTIFF

DreamWorks Animation SKG, Inc., **SECURITIES LITIGATION**

I, Claudio Coronella, certify that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase DreamWorks Animation SKG, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in DreamWorks Animation SKG, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ___ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 9/24/14

_____
(Please Sign Your Name Above)

### Claudio Coronella's Transaction in DreamWorks Animation SKG, Inc.

| Purchase Date | Shares | Price per Share |
|---|---|---|
| 3/10/2014 | 3,000 | $28.60 |