# **EXHIBIT C**

**DREAMWORKS ANIMATION SKG INC. (DWA)**  
**CLASS PERIOD: OCT 29, 2013 to JUL 29, 2014**

09/30/2014jl

| Plaintiff | Security | Purchase Date | Shares/ Contracts | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day* Mean Price $22.0932 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Coronella, Claudio** | **ComStk** | **03/10/2014** | **3,000** | **$28.6000** | **($85,800)** | | | | | **3,000** | **$66,280** | **($19,520)** |
| **Paddock, Chuck** | **ComStk** | **07/03/2014** | **5,296** | **$23.9400** | **($126,786)** | | | | | **5,296** | **$117,005** | **($9,781)** |
| Treventhan, Chris | | | | | | | | | | | | |
| DWA Mar 14 29 Puts | Options | 02/24/2014 | 175 | $0.2500 | ($4,375) | 03/03/2014 | (65) | $0.8500 | $5,525 | | | |
| | | | | | | 03/10/2014 | (55) | $0.5500 | $3,025 | | | |
| | | | | | | 03/12/2014 | (55) | $1.0500 | $5,775 | | | |
| | | | 175 | | ($4,375) | | (175) | | $14,325 | 0 | | $9,950 |
| DWA May 14 24 Puts | Options | 04/28/2014 | 85 | $0.4480 | ($3,808) | 05/05/2014 | (85) | $0.5000 | $4,250 | 0 | | $442 |
| DWA June 14 31 Calls | Options | 06/05/2014 | 117 | $0.2000 | ($2,340) | EXPIRED | (117) | | | 0 | | ($2,340) |
| DWA July 14 26 Calls | Options | 05/29/2014 | 80 | $2.5500 | ($20,400) | 06/12/2014 | (30) | $2.5000 | $7,500 | | | |
| | | | | | | 06/26/2014 | (50) | $0.1000 | $500 | | | |
| | | | 80 | | ($20,400) | | (80) | | $8,000 | 0 | | ($12,400) |
| DWA July 14 31 Calls | Options | 06/06/2014 | 57 | $0.3975 | ($2,266) | EXPIRED | (57) | | | 0 | | ($2,266) |
| DWA July 14 32 Calls | Options | 06/12/2014 | 150 | $0.2500 | ($3,750) | EXPIRED | (150) | | | 0 | | ($3,750) |
| DWA July 14 31 Calls | Options | 06/12/2014 | 80 | $0.4000 | ($3,200) | EXPIRED | (80) | | | 0 | | ($3,200) |
| **Treventhan Total** | | | **744** | | **($40,139)** | | **(744)** | | **$26,575** | **0** | | **($13,564)** |
| Summary | | | | | | | | | | | | |
| Coronella, Claudio | | | 3,000 | | ($85,800) | | 0 | | $0 | 3,000 | $66,280 | ($19,520) |
| Paddock, Chuck | | | 5,296 | | ($126,786) | | 0 | | $0 | 5,296 | $117,005 | ($9,781) |
| Treventhan Total | | | 744 | | ($40,139) | | (744) | | $26,575 | 0 | | ($13,564) |
| **Total** | | | **9,040** | | **($252,725)** | | **(744)** | | **$26,575** | **8,296** | | **($42,865)** |

*Avg Closing Prices from Jul 30-Sep 30

dwa3