ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
TRICIA L. MCCORMICK (199239)
650 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DREAMWORKS ANIMATION SKG, INC., et al.,<br><br>                              Defendants. | Case No. 2:14-cv-06053-SJO(Ex)<br><br><u>CLASS ACTION</u><br><br>ROOFERS LOCAL NO. 149 PENSION FUND'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:    November 3, 2014<br>TIME:    10:00 a.m.<br>CTRM:   1, 2nd Floor<br>JUDGE:  Hon. S. James Otero |

973290_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on November 3, 2014, at 10:00 a.m., or as soon
3  thereafter as the matter may be heard, in the Courtroom of the Honorable S. James
4  Otero, Courtroom 1, 2nd Floor, United States District Court for the Central District of
5  California, 312 N. Spring Street, Los Angeles, CA 90012, Roofers Local No. 149
6  Pension Fund (the "Roofers Fund") will, and hereby does, move this Court under
7  §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), for
8  an order: (1) consolidating the related actions pursuant to Rule 42(a) of the Federal
9  Rules of Civil Procedure; (2) appointing the Roofers Fund as lead plaintiff pursuant to
10 the Private Securities Litigation Reform Act of 1995; (3) approving the Roofers
11 Fund's choice of Robbins Geller Rudman & Dowd LLP as lead counsel for the
12 proposed class; and (3) granting such other and further relief as the Court may deem
13 just and proper.[1]

14 This Motion is based upon this Notice of Motion and Motion for Consolidation
15 of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of
16 Counsel, the Memorandum of Points and Authorities in support thereof, the
17 Declaration of Tricia L. McCormick in support thereof, the pleadings and files herein
18 and such other written or oral argument as may be presented to the Court.

19 DATED: September 30, 2014           ROBBINS GELLER RUDMAN
                                          & DOWD LLP
20                                       DARREN J. ROBBINS
                                         TRICIA L. McCORMICK
21

22                                                s/ Tricia L. McCormick
23                                             TRICIA L. McCORMICK

24

25 _____

26 [1] Local Rule 7-3 requires a conference of counsel prior to filing motions.
   However, until all such motions have been filed, the Roofers Fund will not know
27 which other entities or persons plan to move for appointment as lead plaintiff. Under
   these circumstances, the Roofers Fund respectfully requests that the conferral
28 requirement of Local Rule 7-3 be waived.

- 1 -

973290_1

1
2  650 West Broadway, Suite 1900
   San Diego, CA 92101
3  Telephone: 619/231-1058
   619/231-7423 (fax)
4
   [Proposed] Lead Counsel for Plaintiff
5
   SULLIVAN, WARD, ASHER &
6  PATTON, P.C.
   MICHAEL J. ASHER
7  1000 Maccabees Center
   25800 Northwestern Highway
8  Southfield, MI  48075-1000
   Telephone: 248/746-0700
9  248/746-2760 (fax)

10 Additional Counsel for Plaintiff

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

973290_1

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2014.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      triciam@rgrdlaw.com

- 1 -

973290_1

# Mailing Information for a Case 2:14-cv-06053-SJO-E Charles Paddock v. Dreamworks Animation SKG, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`