ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
TRICIA L. MCCORMICK (199239)
650 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DREAMWORKS ANIMATION SKG, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-06053-SJO(Ex)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING ROOFERS LOCAL NO. 149 PENSION FUND AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL |

973293_1

Having considered Roofers Local No. 149 Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Related Actions are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

3. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints Roofers Local No. 149 Pension Fund as Lead Plaintiff; and

4. The law firm of Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK

    s/ Tricia L. McCormick
   TRICIA L. McCORMICK

650 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

- 1 -

973293_1

- 2 -

1   SULLIVAN, WARD, ASHER &
2   PATTON, P.C.
    MICHAEL J. ASHER
3   1000 Maccabees Center
    25800 Northwestern Highway
4   Southfield, MI 48075-1000
    Telephone: 248/746-0700
5   248/746-2760 (fax)

6   Additional Counsel for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

973293_1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2014.

        s/ Tricia L. McCormick
        TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    triciam@rgrdlaw.com

973293_1