ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
TRICIA L. MCCORMICK (199239)
650 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DREAMWORKS ANIMATION SKG, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-06053-SJO(Ex)<br><br>CLASS ACTION<br><br>DECLARATION OF TRICIA L. MCCORMICK IN SUPPORT OF ROOFERS LOCAL NO. 149 PENSION FUND'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:　　November 3, 2014<br>TIME:　　10:00 a.m.<br>CTRM:　　1, 2nd Floor<br>JUDGE:　　Hon. S. James Otero |

973284_1

I, TRICIA L. MCCORMICK, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am special counsel with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Roofers Local No. 149 Pension Fund (the "Roofers Fund") and proposed lead counsel for the class.

2. I make this declaration in support of the Roofers Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *GlobeNewswire*, dated August 1, 2014;

Exhibit B: Sworn Certification of the Roofers Fund;

Exhibit C: Chart of the Roofers Fund's Purchases and Losses; and

Exhibit D: Firm resumé of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of September, 2014, at San Diego, California.

                                        s/ TRICIA L. McCORMICK
                                        TRICIA L. McCORMICK

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 30, 2014.

    s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       triciam@rgrdlaw.com

973284_1

# Mailing Information for a Case 2:14-cv-06053-SJO-E Charles Paddock v. Dreamworks Animation SKG, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`