# EXHIBIT A

Page 1
Pomerantz Law Firm Announces the Filing of a Class Action Against DreamWorks Animation SKG, Inc. and Certain Officers -- DWA GlobeNewswire August 1, 2014 Friday 2:57 PM EST

Copyright 2014 GlobeNewswire, Inc.
All Rights Reserved
GlobeNewswire

August 1, 2014 Friday 2:57 PM EST

**SECTION:** LAW & LEGAL ISSUES

**LENGTH:** 596 words

**HEADLINE:** Pomerantz Law Firm Announces the Filing of a Class Action Against DreamWorks Animation SKG, Inc. and Certain Officers -- DWA

**BODY:**

   NEW YORK, Aug. 1, 2014 (GLOBE NEWSWIRE) -- Pomerantz LLP has filed a class action lawsuit against DreamWorks Animation SKG, Inc. ("DreamWorks Animation" or the "Company") (Nasdaq:DWA) and certain of its officers. The class action, filed in United States District Court, Central District of California, and docketed under 14-cv-06053, is on behalf of a class consisting of all persons or entities who purchased DreamWorks Animation securities between October 29, 2013 and July 29, 2014, inclusive (the "Class Period"). This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

   If you are a shareholder who purchased DreamWorks Animation securities during the Class Period, you have until September 30, 2014 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, x237. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

   DreamWorks Animation SKG, Inc. is a Delaware corporation engaged in the development, production, and exploitation of animated films and their associated characters worldwide. The Company was founded in 1985 and is headquartered in Glendale, California. Shares of DreamWorks trade on the NASDAQ Exchange under the ticker symbol "DWA".

   The Complaint alleges that throughout the Class Period, Defendants made false and/or misleading statements, and failed to disclose material adverse facts about the Company's business, operations, prospects and performance. Specifically, during the Class Period, Defendants made false and/or misleading statements and/or failed to disclose that: (i) DreamWorks improperly accounted for the Turbo movie prior to the write-down; (ii) DreamWorks improperly accounted for the write-down related to the Turbo movie; (iii) the Company lacked adequate internal and control over financial reporting; and (iii) as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

   On July 29, 2014, during a conference call with analysts, DreamWorks Animation revealed that the Company is under investigation by the Securities and Exchange Commission for the $13.5 million write-down the studio took in February in relation to the poor performance of Turbo. The Company indicated that it is cooperating with the SEC but would not elaborate on the scope of the extent of the investigation.

   On the news, shares in DreamWorks fell $2.68 or almost 12%, on extremely heavy trading volume, to close at $19.98 on July 30, 2014.

   The Pomerantz Firm, with offices in New York, Chicago, Florida, and San Diego, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

Page 2
Pomerantz Law Firm Announces the Filing of a Class Action Against DreamWorks Animation SKG, Inc. and Certain Officers -- DWA GlobeNewswire August 1, 2014 Friday 2:57 PM EST

CONTACT: Robert S. Willoughby          Pomerantz LLP          rswilloughby@pomlaw.com

**LOAD-DATE:** August 2, 2014