1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | DARREN J. ROBBINS (168593)
  | TRICIA L. MCCORMICK (199239)
3 | 650 West Broadway, Suite 1900
  | San Diego, CA 92101
4 | Telephone: 619/231-1058
  | 619/231-7423 (fax)
5 | darrenr@rgrdlaw.com
  | triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DREAMWORKS ANIMATION SKG, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:14-cv-06053-SJO(Ex)<br><br><u>CLASS ACTION</u><br><br>CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1(a) |

972362_1

The undersigned counsel of record for lead plaintiff movant Roofers Local No. 149 Pension Fund certify that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Roofers Local No. 149 Pension Fund

DATED: September 30, 2014

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
TRICIA L. MCCORMICK

s/ Tricia L. McCormick
TRICIA L. McCormick

650 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

- 1 -

972362_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2014.

                                      s/ Tricia L. McCormick
                                      TRICIA L. McCORMICK

                                      ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                      655 West Broadway, Suite 1900
                                      San Diego, CA 92101-8498
                                      Telephone: 619/231-1058
                                      619/231-7423 (fax)

                                      E-mail:      triciam@rgrdlaw.com

972362_1

# Mailing Information for a Case 2:14-cv-06053-SJO-E Charles Paddock v. Dreamworks Animation SKG, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`