JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 14-06053 SJO (Ex)         **DATE:** April 24, 2015

**TITLE:** Charles Paddock v. Dreamworks Animation SKG, Inc., et al.

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**            **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER DISMISSING CASE**

This matter is before the Court on its own motion. On December 22, 2014, Defendants DreamWorks Animation SKG, Inc. ("DreamWorks"), Lewis W. Coleman, and Jeffrey Katzenberg's (collectively, "Defendants") filed a Motion to Dismiss ("Motion"). On April 1, 2015, the Court issued an order granting the Motion with a fifteen-day leave to amend. (*See* Order, ECF No. 56.) On April 16, 2015, Lead Plaintiff Roofers Local No. 149 Pension Fund filed a Notice of Intent Not to Amend. (Notice, ECF No. 57.)

The deadline to amend the Complaint has passed, and no amended complaint has been filed. Accordingly, the Court **DISMISSES** the case for failure to prosecute. This matter shall close.

IT IS SO ORDERED.