| | |
|---|---|
| Previously JS-6 | Priority ____<br>Send ____<br>Enter ____<br>Closed ____<br>JS-5/JS-6 ____<br>Scan Only ____ |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

**CASE NO.:** CV 14-06053 SJO (Ex)  **DATE:** May 19, 2015

**TITLE:** Charles Paddock v. Dreamworks Animation SKG, Inc., et al.

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**        **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                               Not Present

========================================================================

**PROCEEDINGS (in chambers): FINAL JUDGMENT ON DEFENDANTS' MOTION TO DISMISS**

This matter came before the Court on Defendants DreamWorks Animation SKG, Inc., Lewis Coleman, and Jeffrey Katzenberg (collectively, "Defendants") Motion to Dismiss ("Motion"), filed December 22, 2014. The Court issued an Order granting dismissal of all claims, and Plaintiff Roofers Local No. 149 Pension Fund's ("Plaintiff") elected not to amend its claims. In view of the Court's order of dismissal, and good cause having been shown, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of Defendants. This case is hereby dismissed with prejudice. Plaintiff shall take nothing by its Complaint.

IT IS SO ADJUDGED.