1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SPENCER A. BURKHOLZ (147029)
   DANIELLE S. MYERS (259916)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  spenceb@rgrdlaw.com
   dmyers@rgrdlaw.com
6
   Lead Counsel for Plaintiffs
7
   [Additional counsel appear on signature page.]

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION

11  ROOFERS LOCAL NO. 149 PENSION ) Lead Case No. 2:14-cv-06053-SJO(Ex)
12  FUND, Individually and on Behalf of )
    All Others Similarly Situated,      ) CLASS ACTION
13                                      )
                        Plaintiff,      ) LEAD PLAINTIFF'S NOTICE OF
14                                      ) APPEAL AND NINTH CIRCUIT
         vs.                            ) RULE 3-2 REPRESENTATION
15                                      ) STATEMENT
    DREAMWORKS ANIMATION SKG, )
16  INC., et al.,                       )
                                        )
17                      Defendants.     )
                                        )
18

1040012_1

1  PLEASE TAKE NOTICE that Lead Plaintiff Roofers Local No. 149 Pension Fund, on behalf of itself and all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's April 1, 2015 Order Granting Defendants' Motion to Dismiss the consolidated complaint, its April 24, 2015 Order Dismissing Case, clarified in its May 19, 2015 Order, and its May 19, 2015 Final Judgment on Defendants' Motion. Dkt. Nos. 56, 58, 60, 61.

DATED: June 18, 2015  Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER &
PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

- 1 -

1040012_1

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

1. Lead Plaintiff-Appellant Roofers Local No. 149 Pension Fund is represented by the following counsel:

>Robbins Geller Rudman & Dowd LLP
>Spencer A. Burkholz
>Danielle S. Myers
>655 West Broadway, Suite 1900
>San Diego, CA 92101-8498
>Telephone: (619) 231-1058
>Facsimile: (619) 231-7423
>
>Robbins Geller Rudman & Dowd LLP
>Susan K. Alexander
>Andrew S. Love
>Post Montgomery Center
>One Montgomery Street, Suite 1800
>San Francisco, CA 94104
>Telephone: (415) 288-4545
>Facsimile: (415) 288-4534
>
>Sullivan, Ward, Asher & Patton, P.C.
>Michael J. Asher
>1000 Maccabees Center
>25800 Northwestern Highway
>Southfield, MI 48075-1000
>Telephone: (248) 746-0700
>Facsimile: (248) 746-2760

2. Defendants-Appellees DreamWorks Animation SKG, Inc., Jeffrey Katzenberg, and Lewis W. Coleman are represented by the following counsel:

>Cravath, Swaine & Moore LLP
>Evan R. Chesler
>Karin A. DeMasi
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019-7475
>Telephone: (212) 474-1000
>Facsimile: (212) 474-3700

| | |
|---|---|
| 1 | Gibson, Dunn & Crutcher LLP |
| 2 | Meryl L. Young |
| | 3161 Michelson Drive, Suite 1200 |
| 3 | Irvine, CA   92612-4412 |
| 4 | Telephone: (949) 451-3800 |
| | Facsimile: (949) 451-4220 |
| 5 | |
| | Audrey K. Tan |
| 6 | 333 South Grand Avenue |
| 7 | Los Angeles, CA   90071-3197 |
| | Telephone: (213) 229-7000 |
| 8 | Facsimile: (213) 229-7520 |

DATED: June 18, 2015

ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ
DANIELLE S. MYERS

                s/ Danielle S. Myers
                DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER &
PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

- 3 -

1040012_1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2015.

    s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    danim@rgrdlaw.com

- 2 -

1040012_1

# Mailing Information for a Case 2:14-cv-06053-SJO-E Charles Paddock v. Dreamworks Animation SKG, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Evan R Chesler**
  echesler@cravath.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Karin A DeMasi**
  kdemasi@cravath.com,mao@cravath.com,keno@cravath.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Francis P McConville**
  fmcconville@labaton.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Audrey Karen Tan**
  atan@gibsondunn.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com

## Manual Notice List

- 3 -

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`